# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**IVAN COLON**

      vs.                                                    **CASE NUMBER: 1:08-CV-219 (NAM)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's motion for Judgment on the pleadings is DENIED; Plaintiff's Motion for Judgment on the pleadings is GRANTED; and this matter is REMANDED to the Commissioner of Social Security for further proceedings.

All of the above pursuant to the Memorandum Decision and Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 7th day of March, 2011.

DATED: March 7, 2011

*Lawrence K. Baerman*
Clerk of Court

s/ Melissa Ennis
_____
Melissa Ennis, Deputy Clerk